# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

RAYMOND A. DIAZ,
DOC # 397392,

   *Plaintiff,*

v.           **Case No.: 4:25cv470-MW/MAF**

R. GOULD and K. KROFT,

   *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 28. After the report and recommendation was entered, Plaintiff filed a motion for reconsideration and objections, which the Magistrate Judge ruled on insofar as he construed the motion as one for reconsideration. *See* ECF Nos. 29 and 31. The Magistrate Judge provided Plaintiff with an extension of time to file his objections in proper form for this Court's consideration, *see* ECF No. 31, but the deadline for doing so has come and gone. Rather than file his properly signed objections, Plaintiff requested another extension of time to file objections, which the Magistrate Judge denied. *See* ECF Nos. 32 and 33. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 28, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's third amended complaint, ECF No. 27, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on June 18, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2